# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORREEN SPECE, | : | No. 3:18cv1606 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LEHIGH VALLEY HEALTH | : | |
| NETWORK, INC., LEHIGH VALLEY | : | |
| HOSPITAL – SCHUYLKILL, and | : | |
| ROBERT KARETSKY, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of March 2019, the defendants' partial motion to dismiss plaintiff's amended complaint (Doc. 15) is hereby **DENIED**.

                                                  **BY THE COURT:**

                                                  **s/ James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**